UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| JENNIFER METCALF ) | |
| ) | |
| V. ) | NO. 2:03-CV-332 |
| ) | |
| LINCOLN LOGS INTERNATIONAL, ) | |
| LLC; REGENCY HOLDINGS, INC.; ) | |
| RICHARD SHOFF; and ) | |
| YORLENA B. RIVERA ) | |

## J U D G M E N T

In accordance with the Memorandum Opinion filed this day, the plaintiff, Jennifer Metcalf, is hereby awarded a judgment against the defendants, Lincoln Logs International, LLC, and Regency Holdings, Inc., in the amount of seventy-one thousand nine hundred seventy-five dollars ($71,975).

This action is dismissed as to defendants Richard Shoff and Yorlena B. Rivera.

SO ORDERED:

                                                                                                  s/ Dennis H. Inman
                                                                                   United States Magistrate Judge